THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANTI CONNORS, | CASE NO. C17-1530-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. This case was scheduled for a status conference on Tuesday, January 23, 2018 at 9:00 a.m. (Dkt. No. 7.) Plaintiff's counsel failed to appear at the status conference. Counsel is hereby ORDERED to show cause why he should not be sanctioned for failing to appear. Counsel MUST RESPOND to this order by Friday, February 2, 2018.

DATED this 23rd day of January 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER,
C17-1530-JCC
PAGE - 1