HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SHANTI M. CONNORS, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation organized under the laws of Illinois and doing business within the State of Washington,<br><br>    Defendant. | CASE NO. C17-1530-JCC<br><br>**MINUTE ORDER** |

    This matter comes before the Court on the parties' stipulated motion to reschedule the status conference set for February 20, 2018 at 9:00 am (Dkt. No. 10). The Court GRANTS the motion and hereby RESETS the status conference to February 27, 2018 at 9:00 am.

    DATED this 30th day of January, 2018.

                                                  William M. McCool
                                                  Clerk of Court

                                                  s/Tomas Hernandez
                                                  Deputy Clerk